**No. 10-6168. Darryl Scott Stinski, Petitioner v. Georgia.**

562 U.S. 1173, 131 S. Ct. 988, 178 L. Ed. 2d 817, 2011 U.S. LEXIS 239.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1011, 131 S. Ct. 522, 178 L. Ed. 2d 385, 2010 U.S. LEXIS 8606.

**No. 10-6198. Jeffrey D. Leiser, Petitioner v. Michael Thurmer, Warden.**

562 U.S. 1173, 131 S. Ct. 988, 178 L. Ed. 2d 817, 2011 U.S. LEXIS 331.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 971, 131 S. Ct. 483, 178 L. Ed. 2d 305, 2010 U.S. LEXIS 7988.

**No. 10-6276. James S. McClellan, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 1173, 131 S. Ct. 988, 178 L. Ed. 2d 817, 2011 U.S. LEXIS 207.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 987, 131 S. Ct. 426, 178 L. Ed. 2d 332, 2010 U.S. LEXIS 8172.

**No. 10-6293. Latanya McCaslin, Petitioner v. Birmingham Museum of Art, et al.**

562 U.S. 1173, 131 S. Ct. 988, 178 L. Ed. 2d 817, 2011 U.S. LEXIS 93.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1031, 131 S. Ct. 571, 178 L. Ed. 2d 418, 2010 U.S. LEXIS 8694.

**No. 10-6310. David Webb, Petitioner v. Janine M. Kern, Judge, Circuit Court of South Dakota, Pennington County, et al.**

562 U.S. 1173, 131 S. Ct. 988, 178 L. Ed. 2d 817, 2011 U.S. LEXIS 318.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1032, 131 S. Ct. 572, 178 L. Ed. 2d 418, 2010 U.S. LEXIS 8667.

**No. 10-6359. Orville Wynter, Petitioner v. New York.**

562 U.S. 1173, 131 S. Ct. 988, 178 L. Ed. 2d 817, 2011 U.S. LEXIS 531.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1032, 131 S. Ct. 572, 178 L. Ed. 2d 419, 2010 U.S. LEXIS 8723.

**No. 10-6369. In re Jeffrey Sanders, Petitioner.**

562 U.S. 1173, 131 S. Ct. 988, 178 L. Ed. 2d 817, 2011 U.S. LEXIS 195.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1043, 131 S. Ct. 601, 178 L. Ed. 2d 455, 2010 U.S. LEXIS 8890.